# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

In Re:                                      ) Case No. 05-24261
                                            )
    Kenneth Williard Tuttle      ) Chapter 7
    Dawn Tuttle                  )
        Debtors          ) Judge Randolph Baxter

## TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. 3014 in the amount of $10.31, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| **FirstMerit Bank** **III Cascade Plaza CAS36** **Akron, Ohio 44308** | 4 | $ 130.09 | $ 10.31 |

Dated:  June 17, 2010

/s/ Sheldon Stein
Sheldon Stein, Trustee

cc:  United States Truste